■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY PENA, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about October 27, 2004, unanimously affirmed. No opinion. Order filed. Concur—Nardelli, J.P., Williams, Buckley, Catterson and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO MORALES, Appellant. [830 NYS2d 524]—Judgment of resentence, Supreme Court, New York County (William A. Wetzel, J.), rendered on or about February 27, 2006, unanimously affirmed. No opinion. Order filed. Concur—Nardelli, J.P., Williams, Buckley, Catterson and McGuire, JJ.